FILED

09 SEP 16 AM 9:27

[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN THE MATTER OF

Steven Dennis Bauer - # 050084

CV 09 80 254 MISC

**ORDER TO SHOW CAUSE**

It appearing that Steven Dennis Bauer has been suspended for Suspension for 6 months. Two years probation with conditions by the Supreme Court of California effective August 21, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before October 22, 2009 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Steve Dennis Bauer
Attorney At Law
1400 Santa Ynes Way
Sacramento, CA 95816